# United States Bankruptcy Court
## Western District of Texas

In re: **Hector Hernandez / Yadira Haydee Hernandez**, Debtor(s)

Case No. **19-31524**
Chapter **13**

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on **July 31, 2023**, a copy of **Debtors' Notice To Convert Chapter 13 Case To Chapter 7 Case** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Hector Hernandez**
14259 Rattler Point Drive
El Paso, TX 79938

**Yadira Haydee Hernandez**
14259 Rattler Point Drive
El Paso, TX 79938

**Stuart C. Cox**
El Paso Chapter 13 Trustee
1760 N. Lee Trevino Drive
El Paso, TX 79936

**Andrew G. Edson**
Clark Hill Strasburger
901 Main Street, Suite 6000
Dallas, TX 75202-3794

**Bank Capital Services**
1853 Highway 315
Pittston, PA 18640

**Capital One**
Po Box 30281
Salt Lake City, UT 84130

**Capital One**
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

**Capital One Na**
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

**Cbna**
Po Box 6217
Sioux Falls, SD 57117

**Citibank**
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

**Complete Business Solutions Group, Inc.**
c/o Joe Cole
20 N. 3rd Street
Philadelphia, PA 19106

**Emergency Service of Texas, PA**
P.O. Box 1123
Minneapolis, MN 55440

**ENG Commercial Finance**
2441 Warrenville Rd., Ste. 310
Lisle, IL 60532

**Financial Pacific Leasing**

| |
|---|
| **3455 S. 344th Way, Ste. 300** <br> **Federal Way, WA 98001** |
| **FirstLight Federal Credit Union** <br> **Attn: Bankruptcy** <br> **Po Box 24901** <br> **El Paso, TX 79914** |
| **GECU** <br> **PO BOX 37035** <br> **Boone, IA 50037** |
| **GECU** <br> **Attn: Bankruptcy** <br> **PO Box 20908** <br> **El Paso, TX 79998** |
| **Internal Revenue Service** <br> **c/o Central Insolvency Operation** <br> **P.O. Box 7346** <br> **Philadelphia, PA 19101-7346** |
| **James Brewer** <br> **Kemp Smith, LLP** <br> **P.O. Drawer 2800** <br> **El Paso, TX 79999-2800** |
| **James W. King** <br> **6420 Wellington Place** <br> **Beaumont, TX 77706** |
| **JPMorgan Chase Bank** <br> **P.O. Box 9013** <br> **Addison, TX 75001** |
| **JPMorgan Chase Bank** <br> **c/o Robertson, Anschutz & Schneid, P.L.** <br> **6409 Congress Avenue, Ste. 100** <br> **Boca Raton, FL 33487** |
| **LVNV Funding, LLC** <br> **c/o Resurgent Capital Services** <br> **P.O. Box 10587** <br> **Greenville, SC 29603** |
| **LVNV Funding, LLC** <br> **c/o Resugent Capital Services** <br> **P.O. Box 10587** <br> **Greenville, SC 29603-0587** |
| **MHC Financial Services** <br> **4501 College Blvd., Ste.160** <br> **Leawood, KS 66211** |
| **One Main Financial** <br> **Attn: Bankruptcy** <br> **PO Box 3251** <br> **Evansville, IN 47731** |
| **One Main Financial** <br> **Attn: Bankruptcy** <br> **PO Box 3251** <br> **Evansville, IN 47731** |
| **Paccar Financial** <br> **P.O. Box 2374** <br> **Denton, TX 76202** |
| **Pinnacle Credit Services, LLC** <br> **c/o Resurgent Capital Services** <br> **P.O. Box 10587** <br> **Greenville, SC 29603-0587** |
| **Platinum Rapid Funding Group** <br> **348 RXR Plaza** <br> **Uniondale, NY 11556** |

| |
|---|
| **Queen Funding LLC**<br>**101 Chase Avenue, Ste. 208**<br>**Lakewood, NJ 08701** |
| **Rocky Mountain Mortgage**<br>**2244 Traywood**<br>**El Paso, TX 79935** |
| **Stephen G. Wilcox**<br>**Wilcox Law, PLLC**<br>**P.O. Box 201849**<br>**Arlington, TX 76006** |
| **Synchrony Bank/ JC Penneys**<br>**Attn: Bankruptcy**<br>**Po Box 956060**<br>**Orlando, FL 32896** |
| **Synchrony/Ashley Furniture Homestore**<br>**Attn: Bankruptcy**<br>**Po Box 965060**<br>**Orlando, FL 32896** |
| **Tax Assessor/Collector**<br>**P.O. Box 2992**<br>**El Paso, TX 79902** |
| **TD Auto Finance LLC**<br>**P.O. Box 551080**<br>**Jacksonville, FL 32255** |
| **TD Auto Finance LLC**<br>**P.O. Box 551080**<br>**Jacksonville, FL 32255** |
| **Wells Fargo Bank NA**<br>**Attn: Bankruptcy**<br>**1 Home Campus Mac X2303-01a**<br>**Des Moines, IA 50328** |

                                                  **/s/ Michael R. Nevarez**
                                                  **Michael R. Nevarez**
                                                  **The Nevarez Law Firm, PC**
                                                  **7362 Remcon Circle**
                                                  **El Paso, TX 79912**
                                                  **(915) 225-2255, Fax:(915) 845-3405**
                                                  **MNevarez@LawOfficesMRN.com**