# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

In re: HECTOR HERNANDEZ  
      YADIRA HAYDEE HERNANDEZ  
      Debtor(s)

Case No.: 19-31524-HCM

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Stuart C. Cox, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/13/2019.
2) The plan was confirmed on 12/11/2020.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was converted on 07/31/2023.
6) Number of months from filing or conversion to last payment: 34.
7) Number of months case was pending: 47.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 56,977.62.
10) Amount of unsecured claims discharged without full payment: .00.
11) All Checks distributed by the trustee relating to this case have not cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $8,970.00 | |
| Less amount refunded to debtor: | $10.57 | |
| **NET RECEIPTS:** | | $8,959.43 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $2,910.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $686.55 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $3,596.55 |
| Attorney fees paid and disclosed by debtor: | $1,190.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| BANK CAPITAL SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| BHS PHYS NETWORK INC | Unsecured | 3,158.32 | NA | NA | .00 | .00 |
| CAPITAL ONE | Unsecured | 600.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA | Unsecured | 6,491.00 | 6,491.09 | 6,491.09 | 90.62 | .00 |
| CAPITAL ONE BANK USA | Unsecured | 4,294.00 | 4,294.24 | 4,294.24 | 59.95 | .00 |
| CAPITAL ONE BANK USA | Unsecured | 662.00 | 662.39 | 662.39 | 5.04 | .00 |
| CEDAR ADVANCES ,LLC | Unsecured | NA | NA | NA | .00 | .00 |
| CHASE | Unsecured | 3,547.18 | NA | NA | .00 | .00 |
| CHASE | Unsecured | 1,726.97 | NA | NA | .00 | .00 |
| CITIBANK, N.A | Unsecured | 8,193.00 | 8,193.78 | 8,193.78 | 119.88 | .00 |
| CITICARDS/CITIBANK | Unsecured | 1,392.64 | NA | NA | .00 | .00 |
| CITICARDS/CITIBANK | Unsecured | 8,100.00 | NA | NA | .00 | .00 |
| CLARK HILL STRASBURGER | Unsecured | NA | NA | NA | .00 | .00 |
| COMPLETE BUSINESS SOLUTIONS GR( | Unsecured | NA | .00 | .00 | .00 | .00 |
| CREDIT FIRST NATIONAL ASSOCIATION | Unsecured | 5,202.00 | NA | NA | .00 | .00 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

In re: HECTOR HERNANDEZ  
      YADIRA HAYDEE HERNANDEZ  
      Debtor(s)

Case No.: 19-31524-HCM

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DEPT. OF ED/NELNET | Unsecured | 6,422.00 | NA | NA | .00 | .00 |
| DEPT. OF ED/NELNET | Unsecured | 6,296.00 | NA | NA | .00 | .00 |
| DEPT. OF ED/NELNET | Unsecured | 4,620.00 | NA | NA | .00 | .00 |
| DEPT. OF ED/NELNET | Unsecured | 4,611.00 | NA | NA | .00 | .00 |
| DEPT. OF ED/NELNET | Unsecured | 4,597.00 | NA | NA | .00 | .00 |
| DEPT. OF ED/NELNET | Unsecured | 4,290.00 | NA | NA | .00 | .00 |
| EL GALLITO INGLES | Unsecured | 5,202.77 | NA | NA | .00 | .00 |
| ELEMENT TRANSPORTATION II, LLC | Secured | NA | .00 | .00 | .00 | .00 |
| ELEMENT TRANSPORTATION II, LLC | Unsecured | 35,257.25 | NA | NA | .00 | .00 |
| EMERGENCY SERVICES OF TEXAS PA | Unsecured | NA | 1,055.00 | 1,055.00 | 10.70 | .00 |
| EMERGENCY SERVICES OF TEXAS PA | Unsecured | 1,055.00 | NA | NA | .00 | .00 |
| ENGS | Unsecured | NA | NA | NA | .00 | .00 |
| ENGS COMMERCIAL FINANCE CO. | Unsecured | NA | 220,487.75 | 220,487.75 | 1,129.49 | .00 |
| F.N.B. EQUIPMENT FINANCE | Unsecured | NA | 109,506.20 | 109,506.20 | 1,378.73 | .00 |
| FINANCIAL PACIFIC LEASING | Secured | NA | .00 | .00 | .00 | .00 |
| FINANCIAL PACIFIC LEASING | Unsecured | 41,163.77 | NA | NA | .00 | .00 |
| FIRST LIGHT FEDERAL CREDIT UN. | Unsecured | 12,907.95 | 12,907.95 | 12,907.95 | 195.27 | .00 |
| FOX CAPITAL GROUP | Unsecured | NA | NA | NA | .00 | .00 |
| FREEDOM VISA | Unsecured | 1,720.00 | NA | NA | .00 | .00 |
| FREEDOM VISA | Unsecured | 3,547.18 | NA | NA | .00 | .00 |
| G.E.C.U. | Unsecured | 5,014.00 | 5,082.26 | 5,082.26 | 70.95 | .00 |
| G.E.C.U. | Unsecured | NA | 13,318.58 | 13,318.58 | 201.47 | .00 |
| HOSPITALS OF PROVIDENCE-EAST | Unsecured | 675.00 | NA | NA | .00 | .00 |
| HOSPITALS OF PROVIDENCE-EAST | Unsecured | 675.00 | NA | NA | .00 | .00 |
| JACK O'BOYLE & ASSOCIATES | Unsecured | NA | NA | NA | .00 | .00 |
| JAMES W. BREWER | Unsecured | NA | NA | NA | .00 | .00 |
| JAMES W. KING | Unsecured | NA | NA | NA | .00 | .00 |
| JAMES W. KING | Unsecured | NA | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM, LLC | Unsecured | NA | 1,970.45 | 1,970.45 | 19.99 | .00 |
| JPMORGAN CHASE BANK NA | Unsecured | 3,547.00 | 3,547.18 | 3,547.18 | 49.52 | .00 |
| JPMORGAN CHASE BANK NA | Unsecured | 1,681.00 | 1,726.97 | 1,726.97 | 17.52 | .00 |
| KEMP SMITH | Unsecured | NA | NA | NA | .00 | .00 |
| LVNV FUNDING | Unsecured | 1,086.72 | NA | NA | .00 | .00 |
| LVNV FUNDING, LLC | Unsecured | 1,392.00 | 1,392.64 | 1,392.64 | 14.13 | .00 |
| LVNV FUNDING, LLC | Unsecured | NA | 1,086.72 | 1,086.72 | 11.03 | .00 |
| MACKIE WOLF ZIENTZ & MANN, P.C. | Unsecured | NA | NA | NA | .00 | .00 |
| MHC FINANCIAL SERVICES | Unsecured | NA | 78,847.80 | 78,847.80 | 479.15 | .00 |
| MHC FINANCIAL SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| PACCAR FINANCIAL | Unsecured | NA | NA | NA | .00 | .00 |
| PACCAR FINANCIAL CORP. | Unsecured | NA | 54,135.22 | 54,135.22 | 309.63 | .00 |
| PADFIELD & STOUT LLP | Unsecured | NA | NA | NA | .00 | .00 |
| PINNACLE CREDIT SERVICES | Unsecured | NA | 790.38 | 790.38 | 5.26 | .00 |

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

In re: HECTOR HERNANDEZ  
    YADIRA HAYDEE HERNANDEZ  
      Debtor(s)

Case No.: 19-31524-HCM

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PINNACLE CREDIT SERVICES | Unsecured | 790.38 | NA | NA | .00 | .00 |
| PLATINUM RAPID FUNDING GROUP | Unsecured | 79,259.32 | NA | NA | .00 | .00 |
| PLATINUM RAPID FUNDING GROUP, LTI | Unsecured | NA | .00 | .00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 5,830.00 | 6,069.92 | 6,069.92 | 84.73 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 5,532.56 | 5,532.56 | 5,532.56 | 77.24 | .00 |
| PRYOR & MANDELUP,L.L.P | Unsecured | NA | NA | NA | .00 | .00 |
| QUEEN FUNDING LLC | Unsecured | 29,724.50 | NA | NA | .00 | .00 |
| QUEEN FUNDING, LLC | Unsecured | NA | .00 | .00 | .00 | .00 |
| QUEST DIAGNOSTICS INCORPORATED | Unsecured | 89.29 | NA | NA | .00 | .00 |
| QUICKSPOT FUNDING | Unsecured | NA | NA | NA | .00 | .00 |
| REAGAN MCLAIN & HATCH, LLP | Unsecured | NA | NA | NA | .00 | .00 |
| RITCHESON, LAUFFER & VINCENT PC | Unsecured | NA | NA | NA | .00 | .00 |
| ROCKY MOUNTAIN MORTGAGE CO. | Priority | NA | 900.00 | 900.00 | 900.00 | .00 |
| ROCKY MOUNTAIN MORTGAGE CO. | Secured | 111,046.00 | 109,153.95 | 109,153.95 | .00 | .00 |
| ROCKY MOUNTAIN MORTGAGE CO. | Secured | NA | .00 | .00 | .00 | .00 |
| SYNCB/CARE CREDIT | Unsecured | 3,097.00 | NA | NA | .00 | .00 |
| SYNCHRONY BANK | Unsecured | 3,665.00 | NA | NA | .00 | .00 |
| SYNCHRONY BANK | Unsecured | 3,665.51 | 3,665.51 | 3,665.51 | 51.17 | .00 |
| TAX ASSESSOR-COLLECTOR | Priority | NA | NA | NA | .00 | .00 |
| TD AUTO FINANCE | Unsecured | 65,973.58 | NA | NA | .00 | .00 |
| TD AUTO FINANCE LLC | Unsecured | NA | 12,715.66 | 12,715.66 | 69.95 | .00 |
| TD AUTO FINANCE LLC | Unsecured | NA | NA | NA | .00 | .00 |
| WELLS FARGO BANK | Unsecured | 989.00 | 989.58 | 989.58 | 11.46 | .00 |
| WILCOX LAW, PLLC | Unsecured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

In re: HECTOR HERNANDEZ  
      YADIRA HAYDEE HERNANDEZ  
              Debtor(s)

Case No.: 19-31524-HCM

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WILCOX LAW, PLLC | Unsecured | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 109,153.95 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 109,153.95 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 900.00 | 900.00 | .00 |
| **TOTAL PRIORITY:** | 900.00 | 900.00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 554,469.83 | 4,462.88 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $3,596.55 |
| Disbursements to Creditors: | $5,362.88 |
| **TOTAL DISBURSEMENTS:** | $8,959.43 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 08/07/2023      By: /s/Stuart C. Cox  
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 19-31524-hcm |
| Hector Hernandez | Chapter 7 |
| Yadira Haydee Hernandez | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 07, 2023 | Form ID: pdfapac | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Hector Hernandez, Yadira Haydee Hernandez, 14259 Rattler Point Drive, El Paso, TX 79938-5203 |
| cr | + | Engs Commercial Finance Co., c/o Kemp Smith LLP, 221 N Kansas, Suite 1700, El Paso, TX 79901-1401 |
| cr | + | Financial Pacific Leasing, Inc., c/o Padfield & Stout, LLP, 420 Throckmorton, Suite 1210, Fort Worth, TX 76102-3792 |
| cr | + | PACCAR Financial Corp., c/o Reagan McLain & Hatch, LLP, White Rock Tower, Suite 300, 6510 Abrams Road, Dallas, TX 75231-7200 |
| cr | + | Power Funding, Ltd., c/o Scott Ritcheson, Ritcheson, Lauffer & Vincent, 821 ESE Loop 323, Ste. 530, Tyler, TX 75701-9779 |
| 17859841 | + | Bank Capital Services, 1853 Highway 315, Pittston, PA 18640-6101 |
| 17865695 | + | Bank Capital Services, LLC d/b/a, First National Bank Equipment Finance, c/o Andrew Edson, Esq., Clark Hill Strasburger, 901 Main Street, Suite 6000 Dallas, Texas 75202-3748 |
| 17908309 | + | Bank Capital Services, LLC d/b/a F.N.B. Equipment, 1853 Highway 315, Pittston, PA 18640-6101 |
| 17859842 | + | Cedar Advance, LLC, 25 Robert Pitt Dr., Ste. 204, Monsey, NY 10952-3366 |
| 17859844 | + | ENG Commercial Finance, 2441 Warrenville Rd., Ste. 310, Lisle, IL 60532-3642 |
| 17859843 | + | Element Transportation II LLC, P.O. Box 1719, Portland, OR 97207-1719 |
| 17995093 | + | Financial Pacific Leasing, Inc., c/o Joseph D. Austin, Padfield & Stout, LLP, 420 Throckmorton Street, Suite 1210, Fort Worth, Texas 76102-3792 |
| 17995039 | + | Financial Pacific Leasing, Inc., c/o Mark W. Stout, Padfield & Stout, LLP, 420 Throckmorton Street, Suite 1210, Fort Worth, Texas 76102-3792 |
| 17863028 | | James W. Brewer, Kemp Smith LLP, P.O. Box 2800, El Paso, Texas 79999-2800 |
| 17859847 | + | MHC Financial, 11120 Tomahawk Creek Parkway, Leawood, KS 66211-2695 |
| 17867996 | + | MHC Financial Services, 4501 College Blvd., Ste. 160, Leawood, KS 66211-2337 |
| 17859848 | #+ | Paccar Financial, P.O. Box 2374, Denton, TX 76202-2374 |
| 17875438 | + | Platinum Rapid Funding Group, Ltd., Pryor & Mandelup, L.L.P., Attn: Anthony F. Giuliano, 675 Old Country Road, Westbury, NY 11590-4513 |
| 17897474 | + | Platinum Rapid Funding, Ltd., Pryor & Mandelup, L.L.P., 675 Old Country Road, Westbury, NY 11590-4513, Attn.: Anthony F. Giuliano |
| 17859849 | + | Platnium Rapid Funding Group, 348 RXR Plaza, Uniondale, NY 11556-0348 |
| 17867546 | + | Power Funding, Ltd., c/o Scott A. Ritcheson, Ritcheson, Lauffer & Vincent, P.C., 821 ESE Loop 323, Ste. 530, Tyler, Texas 75701-9779 |
| 17859850 | + | Queen Funding LLC, 101 Chase Ave., Ste. 208, Lakewood, NJ 08701-4762 |
| 17859851 | + | QuickSpot Funding, 20 N. 3rd Street, Philadelphia, PA 19106-2118 |
| 17867681 | + | ROCKY MOUNTAIN MORTGAGE COMPANY, C/O TRAVIS H GRAY, ATTORNEY, JACK OBOYLE AND ASSOCIATES, PO BOX 815369, DALLAS, TX 75381-5369 |
| 17873861 | + | ROCKY MOUNTAIN MORTGAGE COMPANY, 2244 Trawood, Ste 100, El Paso, TX 79935-3032 |
| 17907175 | + | Synchrony Bank by AIS, InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 17877312 | + | TD Auto Finance LLC, c/o Wilcox Law, PLLC, P.O. Box 201849, Arlington, TX 76006-1849 |
| 18369348 | + | TD Bank, N.A., successor in interest to, TD Auto Finance LLC, P.O. Box 551080, Jacksonville, FL 32255-1080 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

19-31524-hcm Doc#197 Filed 08/09/23 Entered 08/09/23 23:21:30 Imaged Certificate of Notice Pg 6 of 8

| District/off: 0542-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 07, 2023 | Form ID: pdfapac | Total Noticed: 51 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 17882713 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 07 2023 22:07:31 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 17910731 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2023 22:07:18 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 17967056 | ^ | MEBN | Aug 07 2023 21:58:47 | ELEMENT TRANSPORTATION II, LLC, c/o Mackie Wolf Zientz & Mann, P.C., Parkway Office Center, Suite 900, 14160 North Dallas Parkway, Dallas, TX 75254-4314 |
| 17901918 | | Email/Text: BNCnotices@dcmservices.com | Aug 07 2023 22:03:00 | Emergency Services of Texas, PA, PO Box 1123, Minneapolis MN 55440-1123 |
| 17868676 | | Email/Text: bankruptcy@firstlightfcu.org | Aug 07 2023 22:03:00 | FIRSTLIGHT FEDERAL CREDIT UNION, P O BOX 24901, EL PASO, TX 79914-9001 |
| 17859845 | + | Email/Text: dmckittrick@finpac.com | Aug 07 2023 22:03:00 | Financial Pacific Leasing, 3455 S. 344th Way, Ste. 300, Federal Way, WA 98001-9546 |
| 17883251 | + | Email/Text: GECU-BKNotices@gecu.com | Aug 07 2023 22:03:00 | GECU, PO Box 20998, El Paso TX 79998-0998 |
| 17904259 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 07 2023 22:03:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 17871083 | + | Email/Text: RASEBN@raslg.com | Aug 07 2023 22:03:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 17877250 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 07 2023 22:03:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 17866018 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 07 2023 22:07:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 17867911 | + | Email/Text: jking@offermanking.com | Aug 07 2023 22:03:00 | MHC Financial Services, c/o James W. King, 6420 Wellington Place, Beaumont, TX 77706-3206 |
| 17908733 | | Email/Text: jfeinstein@mhccna.com | Aug 07 2023 22:03:00 | Engs Commercial Finance Co., One Pierce Place, Suite 1100 West, Itasca, IL 60143 |
| 17964422 | ^ | MEBN | Aug 07 2023 21:58:46 | MUSA AUTO FINANCE, LLC as servicer for ELEMENT TRA, c/o Mackie Wolf Zientz & Mann, P.C., Parkway Office Center, Suite 900, 14160 North Dallas Parkway, Dallas, TX 75254-4314 |
| 17866388 | + | Email/PDF: cbp@omf.com | Aug 07 2023 22:07:24 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 17907285 | | Email/Text: pfc.bankruptcy.packages@paccar.com | Aug 07 2023 22:03:00 | PACCAR Financial Corp., Attn: Linda Markle, BK Specialist, P.O. Box 1518, Bellevue, WA 98009-1518 |
| 17905923 | | Email/Text: pfc.bankruptcy.packages@paccar.com | Aug 07 2023 22:03:00 | PACCAR Financial Corp., P.O. Box 1518, Bellevue, Washington 98009-1518 |
| 18002788 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 07 2023 22:07:17 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 17860060 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 07 2023 22:07:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 17866019 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 07 2023 22:07:27 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 17877313 | + | Email/Text: jaxbanko@td.com | Aug 07 2023 22:03:00 | TD Auto Finance LLC, P.O. Box 551080, Jacksonville, FL 32255-1080 |
| 17859852 | | Email/Text: jaxbanko@td.com | Aug 07 2023 22:03:00 | TD Bank Auto Financial, P.O. Box 16035, Lewiston, ME 04243-9517 |

19-31524-hcm Doc#197 Filed 08/09/23 Entered 08/09/23 23:21:30 Imaged Certificate of Notice Pg 7 of 8

| District/off: 0542-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 07, 2023 | Form ID: pdfapac | Total Noticed: 51 |

| 17901299 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 07 2023 22:07:18 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
|---|---|---|---|

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 17905924 | | Attention: Linda Markle |
| cr | * | GECU, P.O. Box 20998, El Paso, TX 79998-0998 |
| cr | *+ | MHC Financial Services, c/o James W. King, 6420 Wellington Place, Beaumont, TX 77706-3206 |
| cr | *+ | Platinum Rapid Funding Group, Ltd., Pryor & Mandelup, L.L.P., Attn: Anthony F. Giuliano, 675 Old Country Road, Westbury, NY 11590-4513 |
| cr | *+ | Rocky Mountain Mortgage Company, 2244 TRAWOOD, STE 100, EL PASO, TX 79935-3032 |
| 17964423 | *+ | MUSA AUTO FINANCE, LLC as servicer for ELEMENT TRA, c/o Mackie Wolf Zientz & Mann, P.C., Parkway Office Center, Suite 900, 14160 North Dallas Parkway, Dallas, TX 75254-4314 |
| 18005446 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 17909395 | ##+ | Complete Business Solutions Group, Inc., c/o Joe Cole, 20 N. 3rd Street, Philadelphia, PA 19106-2118 |
| 17859846 | ##+ | Fox Capital Group, 65 Broadway Suite 804, New York, NY 10006-2503 |

TOTAL: 1 Undeliverable, 6 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Aug 09, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Edson | on behalf of Creditor Bank Capital Services LLC d/b/a First National Bank Equipment Finance aedson@clarkhill.com, mina.alvarez@clarkhillstrasburger.com |
| Anthony F. Giuliano | on behalf of Creditor Platinum Rapid Funding Group Ltd. afg@glpcny.com |
| Carlos A. Miranda | on behalf of Creditor GECU cmiranda@eptxlawyers.com wendy@eptxlawyers.com |
| Jack O'Boyle | on behalf of Creditor Rocky Mountain Mortgage Company ecf@jackoboyle.com robbie@jackoboyle.com |
| James W. Brewer | on behalf of Creditor Engs Commercial Finance Co. jbrewer@kempsmith.com tschoemer@kempsmith.com |
| James W. King | on behalf of Creditor MHC Financial Services jking@offermanking.com |
| Joseph D Austin | on behalf of Creditor Financial Pacific Leasing Inc. joseph.austin@kellyhart.com |

19-31524-hcm Doc#197 Filed 08/09/23 Entered 08/09/23 23:21:30 Imaged Certificate of Notice Pg 8 of 8

| District/off: 0542-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 07, 2023 | Form ID: pdfapac | Total Noticed: 51 |

| | |
|---|---|
| Mark W. Stout | on behalf of Creditor Financial Pacific Leasing Inc. ms@livepad.com |
| Michael R. Nevarez | on behalf of Debtor Hector Hernandez MNevarez@LawOfficesMRN.com MRN4Bankruptcy@gmail.com |
| Michael R. Nevarez | on behalf of Debtor Yadira Haydee Hernandez MNevarez@LawOfficesMRN.com MRN4Bankruptcy@gmail.com |
| Michael W. Zientz | on behalf of Creditor MUSA AUTO FINANCE LLC as servicer txwd@mwzmlaw.com |
| Michael W. Zientz | on behalf of Creditor ELEMENT TRANSPORTATION II LLC txwd@mwzmlaw.com |
| Robert J. Reagan | on behalf of Creditor PACCAR Financial Corp. bob@reaganmclain.com wtm@reaganmclain.com;myra@reaganmclain.com |
| Ronald E Ingalls | ingallstrustee@gmail.com ecf@ingallstrustee.com;ri@trustesolutions.net;sioboop@ingallstrustee.com |
| Scott A. Ritcheson | on behalf of Creditor Power Funding Ltd. scottr@rllawfirm.net, mistyb@rllawfirm.net |
| Stephen Wilcox | on behalf of Creditor TD Auto Finance LLC swilcox@wilcoxlaw.net krw77@sbcglobal.net;kraudry@wilcoxlaw.net |
| Stephen W. Wu | on behalf of Creditor ELEMENT TRANSPORTATION II LLC swu@mwzmlaw.com, txwd@mwzmlaw.com |
| Travis Hegar Gray | on behalf of Creditor Rocky Mountain Mortgage Company travis@jackoboyle.com ecf@jackoboyle.com |
| United States Trustee - EP12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 19