# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

In re: HECTOR HERNANDEZ  
      YADIRA HAYDEE HERNANDEZ  
      Debtor(s)

Case No.: 19-31524-HCM

## CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT

Stuart C. Cox, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/13/2019.
2) The plan was confirmed on 12/11/2020.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was converted on 07/31/2023.
6) Number of months from filing or conversion to last payment: 34.
7) Number of months case was pending: 48.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 56,977.62.
10) Amount of unsecured claims discharged without full payment: .00.
11) All Checks distributed by the trustee relating to this case have not cleared the bank.

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor: | $8,970.00 |
| Less amount refunded to debtor: | $15.70 |
| **NET RECEIPTS:** | **$8,954.30** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through The Plan: | $2,910.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $686.55 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,596.55** |
| Attorney fees paid and disclosed by debtor: | $1,190.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| BANK CAPITAL SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| BHS PHYS NETWORK INC | Unsecured | 3,158.32 | NA | NA | .00 | .00 |
| CAPITAL ONE | Unsecured | 600.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA | Unsecured | 6,491.00 | 6,491.09 | 6,491.09 | 90.62 | .00 |
| CAPITAL ONE BANK USA | Unsecured | 4,294.00 | 4,294.24 | 4,294.24 | 59.95 | .00 |
| CAPITAL ONE BANK USA | Unsecured | 662.00 | 662.39 | 662.39 | 5.04 | .00 |
| CEDAR ADVANCES ,LLC | Unsecured | NA | NA | NA | .00 | .00 |
| CHASE | Unsecured | 3,547.18 | NA | NA | .00 | .00 |
| CHASE | Unsecured | 1,726.97 | NA | NA | .00 | .00 |
| CITIBANK, N.A | Unsecured | 8,193.00 | 8,193.78 | 8,193.78 | 119.88 | .00 |
| CITICARDS/CITIBANK | Unsecured | 1,392.64 | NA | NA | .00 | .00 |
| CITICARDS/CITIBANK | Unsecured | 8,100.00 | NA | NA | .00 | .00 |
| CLARK HILL STRASBURGER | Unsecured | NA | NA | NA | .00 | .00 |
| COMPLETE BUSINESS SOLUTIONS GR( | Unsecured | NA | .00 | .00 | .00 | .00 |
| CREDIT FIRST NATIONAL ASSOCIATION | Unsecured | 5,202.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

In re: HECTOR HERNANDEZ  
     YADIRA HAYDEE HERNANDEZ  
    Debtor(s)

Case No.: 19-31524-HCM

## CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DEPT. OF ED/NELNET | Unsecured | 6,422.00 | NA | NA | .00 | .00 |
| DEPT. OF ED/NELNET | Unsecured | 6,296.00 | NA | NA | .00 | .00 |
| DEPT. OF ED/NELNET | Unsecured | 4,620.00 | NA | NA | .00 | .00 |
| DEPT. OF ED/NELNET | Unsecured | 4,611.00 | NA | NA | .00 | .00 |
| DEPT. OF ED/NELNET | Unsecured | 4,597.00 | NA | NA | .00 | .00 |
| DEPT. OF ED/NELNET | Unsecured | 4,290.00 | NA | NA | .00 | .00 |
| EL GALLITO INGLES | Unsecured | 5,202.77 | NA | NA | .00 | .00 |
| ELEMENT TRANSPORTATION II, LLC | Secured | NA | .00 | .00 | .00 | .00 |
| ELEMENT TRANSPORTATION II, LLC | Unsecured | 35,257.25 | NA | NA | .00 | .00 |
| EMERGENCY SERVICES OF TEXAS PA | Unsecured | NA | 1,055.00 | 1,055.00 | 10.70 | .00 |
| EMERGENCY SERVICES OF TEXAS PA | Unsecured | 1,055.00 | NA | NA | .00 | .00 |
| ENGS | Unsecured | NA | NA | NA | .00 | .00 |
| ENGS COMMERCIAL FINANCE CO. | Unsecured | NA | 220,487.75 | 220,487.75 | 1,129.49 | .00 |
| FINANCIAL PACIFIC LEASING | Secured | NA | .00 | .00 | .00 | .00 |
| FINANCIAL PACIFIC LEASING | Unsecured | 41,163.77 | NA | NA | .00 | .00 |
| FIRST LIGHT FEDERAL CREDIT UN. | Unsecured | 12,907.95 | 12,907.95 | 12,907.95 | 195.27 | .00 |
| FNB EQUIPMENT FINANCE | Unsecured | NA | 109,506.20 | 109,506.20 | 1,373.60 | .00 |
| FOX CAPITAL GROUP | Unsecured | NA | NA | NA | .00 | .00 |
| FREEDOM VISA | Unsecured | 1,720.00 | NA | NA | .00 | .00 |
| FREEDOM VISA | Unsecured | 3,547.18 | NA | NA | .00 | .00 |
| G.E.C.U. | Unsecured | 5,014.00 | 5,082.26 | 5,082.26 | 70.95 | .00 |
| G.E.C.U. | Unsecured | NA | 13,318.58 | 13,318.58 | 201.47 | .00 |
| HOSPITALS OF PROVIDENCE-EAST | Unsecured | 675.00 | NA | NA | .00 | .00 |
| HOSPITALS OF PROVIDENCE-EAST | Unsecured | 675.00 | NA | NA | .00 | .00 |
| JACK O'BOYLE & ASSOCIATES | Unsecured | NA | NA | NA | .00 | .00 |
| JAMES W. BREWER | Unsecured | NA | NA | NA | .00 | .00 |
| JAMES W. KING | Unsecured | NA | NA | NA | .00 | .00 |
| JAMES W. KING | Unsecured | NA | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM, LLC | Unsecured | NA | 1,970.45 | 1,970.45 | 19.99 | .00 |
| JPMORGAN CHASE BANK NA | Unsecured | 3,547.00 | 3,547.18 | 3,547.18 | 49.52 | .00 |
| JPMORGAN CHASE BANK NA | Unsecured | 1,681.00 | 1,726.97 | 1,726.97 | 17.52 | .00 |
| KEMP SMITH | Unsecured | NA | NA | NA | .00 | .00 |
| LVNV FUNDING | Unsecured | 1,086.72 | NA | NA | .00 | .00 |
| LVNV FUNDING, LLC | Unsecured | 1,392.00 | 1,392.64 | 1,392.64 | 14.13 | .00 |
| LVNV FUNDING, LLC | Unsecured | NA | 1,086.72 | 1,086.72 | 11.03 | .00 |
| MACKIE WOLF ZIENTZ & MANN, P.C. | Unsecured | NA | NA | NA | .00 | .00 |
| MHC FINANCIAL SERVICES | Unsecured | NA | 78,847.80 | 78,847.80 | 479.15 | .00 |
| MHC FINANCIAL SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| PACCAR FINANCIAL | Unsecured | NA | NA | NA | .00 | .00 |
| PACCAR FINANCIAL CORP. | Unsecured | NA | 54,135.22 | 54,135.22 | 309.63 | .00 |
| PADFIELD & STOUT LLP | Unsecured | NA | NA | NA | .00 | .00 |
| PINNACLE CREDIT SERVICES | Unsecured | NA | 790.38 | 790.38 | 5.26 | .00 |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

In re: HECTOR HERNANDEZ  
      YADIRA HAYDEE HERNANDEZ  
    Debtor(s)

Case No.: 19-31524-HCM

## CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PINNACLE CREDIT SERVICES | Unsecured | 790.38 | NA | NA | .00 | .00 |
| PLATINUM RAPID FUNDING GROUP | Unsecured | 79,259.32 | NA | NA | .00 | .00 |
| PLATINUM RAPID FUNDING GROUP, LTI | Unsecured | NA | .00 | .00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 5,830.00 | 6,069.92 | 6,069.92 | 84.73 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 5,532.56 | 5,532.56 | 5,532.56 | 77.24 | .00 |
| PRYOR & MANDELUP,L.L.P | Unsecured | NA | NA | NA | .00 | .00 |
| QUEEN FUNDING LLC | Unsecured | 29,724.50 | NA | NA | .00 | .00 |
| QUEEN FUNDING, LLC | Unsecured | NA | .00 | .00 | .00 | .00 |
| QUEST DIAGNOSTICS INCORPORATED | Unsecured | 89.29 | NA | NA | .00 | .00 |
| QUICKSPOT FUNDING | Unsecured | NA | NA | NA | .00 | .00 |
| REAGAN MCLAIN & HATCH, LLP | Unsecured | NA | NA | NA | .00 | .00 |
| RITCHESON, LAUFFER & VINCENT PC | Unsecured | NA | NA | NA | .00 | .00 |
| ROCKY MOUNTAIN MORTGAGE CO. | Priority | NA | 900.00 | 900.00 | 900.00 | .00 |
| ROCKY MOUNTAIN MORTGAGE CO. | Secured | 111,046.00 | 109,153.95 | 109,153.95 | .00 | .00 |
| ROCKY MOUNTAIN MORTGAGE CO. | Secured | NA | .00 | .00 | .00 | .00 |
| SYNCB/CARE CREDIT | Unsecured | 3,097.00 | NA | NA | .00 | .00 |
| SYNCHRONY BANK | Unsecured | 3,665.00 | NA | NA | .00 | .00 |
| SYNCHRONY BANK | Unsecured | 3,665.51 | 3,665.51 | 3,665.51 | 51.17 | .00 |
| TAX ASSESSOR-COLLECTOR | Priority | NA | NA | NA | .00 | .00 |
| TD AUTO FINANCE | Unsecured | 65,973.58 | NA | NA | .00 | .00 |
| TD AUTO FINANCE LLC | Unsecured | NA | 12,715.66 | 12,715.66 | 69.95 | .00 |
| TD AUTO FINANCE LLC | Unsecured | NA | NA | NA | .00 | .00 |
| WELLS FARGO BANK | Unsecured | 989.00 | 989.58 | 989.58 | 11.46 | .00 |
| WILCOX LAW, PLLC | Unsecured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

In re: HECTOR HERNANDEZ  
      YADIRA HAYDEE HERNANDEZ  
      Debtor(s)

Case No.: 19-31524-HCM

## CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WILCOX LAW, PLLC | Unsecured | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 109,153.95 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 109,153.95 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 900.00 | 900.00 | .00 |
| **TOTAL PRIORITY:** | 900.00 | 900.00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 554,469.83 | 4,457.75 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $3,596.55 |
| Disbursements to Creditors: | $5,357.75 |
| **TOTAL DISBURSEMENTS:** | $8,954.30 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 09/27/2023    By: /s/Stuart C. Cox  
                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.